# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MARTHA ANN WISE                                                                                                PLAINTIFF

v.                                                 4:21-cv-00350-BRW-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED this  1st   day of  December    2021.

                                           BILLY ROY WILSON
                                         UNITED STATES DISTRICT JUDGE